Defendant

In The United States District Court

For The Central District of Illinois

| | |
|---|---|
| Helene Tonique Williams | ) |
| (Defendant) | ) |
| | ) |
| VS. | ) |
| | ) Case No.19CR6839 |
| The People of the State of Illinois, | ) |
| Leroy K. Martin Jr and Carol M. | ) |
| Howard. | ) |
| (Plaintiff) | ) |

Copy
FILED
FEB 1 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

21-cv-3024

FILED
JAN 1 5 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**To The Clerk of The Court –Entitled name above:**

**Please Take Notice** that I Helene Tonique Williams, who's the Defendant within this case hereby removes to this Court the state court action described below.

1. On or about May 17th, 2019, an indictment of an Agg/UUW/Vehicle/No CCL-FOID etc. by Plaintiffs "The People of The State of Illinois" in the Circuit Court of Cook County, Illinois entitled "The People of Illinois, VS. , Helene Williams", case number 19CR6839
2. I Helene Tonique Williams was serves a copy of a letter of indictment on May 30th, 2019, but wasn't ever given a summons which is deemed improper and denied my constitutional right of "Due Process."
3. This action is a civil action of which this court has original jurisdiction under 28 1446(b), this is notice is filed after the 30 deadline, but due to excusable neglect on the behalf of the Plaintiffs "The People of The State" due to carelessness during pre-trail, mistakes made with indictment charges in which during the discovery process during pre-trail, The People of The State Of Illinois said they discovered evidence that I guilty of the Agg/UUW/Vehicle/No CCL-FOID etc., charges but on November 18th 2020 the Leroy K.

1-26-2021

# In The United States District Court
# For The Central District of Illinois

Helene Tonique Williams )  Circuit court case number:
  )  19CR6839
(Plaintiff/Defendant) )
  )  Appellate Court case number:
Vs. )  1-20-1275
  )
The People of the State of Illinois, )  U.S. District Court case number:
Judge Leroy K. Martin Jr and Judge )  3:21-cv-03024
Carol M. Howard et al. )
  )
(Defendant/Plaintiffs) )

**To The Clerk of The Court- Entitled name above:**

**Please take notice** that I Helene Tonique Williams, who's the (Plaintiff/Defendant) within this case in which I filed a notice of removal for on January 14th, 2021 for causes in which took place within the Cook County, Illinois state courts jurisdiction would like to file an amended notice of removal following the *federal rule 28 1446 (b)* due to the recent filing of an appeal from the matter that originally took place within the Cook County, Illinois circuit court, was approved for an appeal to the Illinois Court of Appeals 1st District on November 20th, 2020 by Judge Leroy K. Martin Jr for reasons explained within the original notice of appeal I filed on January 14th, 2021 that took place within the Cook County, Illinois Circuit court on November 6th, 2020.

See Exhibit A

1. On January 19th, 2021, an appeal was filed within the Illinois Court of Appeals first District from where it originally started as an indictment charge, assigned by presiding Judge, Leroy K. Martin Jr, and was given to trail Judge Carol M. Howard of room 702 inside the 26th and California Circuit court.
2. Following the *federal rule 28 1446 (b)*, I realized because the new case/appeal that was filed within the Illinois Court of Appeals First District, a new time frame for me has just been created due to the fact the case has recently been filed on January 19th,

1-26-2021

2021, and the *federal rule 28 1446 (b)* allows individuals up to 30 days after filings to file a notice of removal.

3. Due the new filing, new date of January 19th, 2021, and the new state court *"Illinois Court of Appeals First District,"* I want to amend my notice of removal because the new date of filing January 19th 2021, and the new state court *"Illinois Court of Appeals First District,"* follows the *federal rule 28 1446 (b)* as far as the 30 day time frame you have after a case has been filed within a circuit/state court.

4. I'd also like to add both the Cook County, Illinois Circuit Court "The People of The State of Illinois Vs Helene Williams" charge number 19CR6839 and the Illinois Court of Appeals First District "Helene Tonique Williams Vs The People of the State of Illinois et al," charge number 1-20-1275 to ensure all circuit/state court information is properly added in order for me to be granted my amended notice of removal.

5. I'm also adding with this amended notice of removal my $400.00 docket fee payment in order for me to be able to move forward with this case.

Dated 01/26/2021

By: *(signature)*

Helene Tonique Williams (Plaintiff/Defendant)

(Pro Se)

P.O. box 641373

Chicago IL, 60664

(312)-402-7761



Clerk's Office
**Appellate Court First District**
State of Illinois
160 North LaSalle Street, Rm S1400
Chicago, Illinois 60601

January 19, 2021

Helene Tonique Williams
State's Attorney Cook County
P.O. Box 641373
Chicago, IL 60664
Criminal Appeals
50 W. Washington, 3rd Floor
Chicago, IL 60602

RE: PEOPLE v. HELENE TONIQUE WILLIAMS
General No.: 1-20-1275
County: Cook County
Trial Court No: 19CR6839

The Record on Appeal in the above referenced cause has been filed on January 15, 2021. The Court hereby orders briefing due dates as follows:

| | |
|---|---|
| Appellant's Brief with Appendix due (S. Ct. Rs. 341, 342, 343): | 02/19/2021 |
| Appellee's Brief due (S. Ct. Rs. 341, 343): | 03/26/2021 |
| Appellant's Reply Brief due (S. Ct. Rs. 341, 343): | 04/09/2021 |

Thomas D. Palella
Clerk of the Appellate Court

c:

*Exhibit A*
*Helene Tonique Williams*
*1/26/2021*



# Illinois Sheriffs' Association

**HONOR. SAFETY. PROTECTION.**

MEMBERSHIP YEAR
**2021**

**HELENE WILLIAMS**
Associate Member

## 2020 SUPPORTER CARD

Issued to
**Miss Helene Williams**
In recognition of your generous support
of law enforcement officers across America

December 2020
Issued on                          David Hinners



**ILLINOIS** — Jesse White · Secretary of State — USA
**DRIVER'S LICENSE**
Federal Limits Apply
DOB 02/  /1985
EXP 02/  /2023     ISS 09/04/2020
1 WILLIAMS
2 HELENE T
9 CLASS: D    9a END: NONE
12 REST: NONE
15 SEX: F   16 HGT: 5'-04"
17 WGT: 162 lbs   18 EYES: BRN   TYPE: CDR

**UNITED STATES OF AMERICA**
★ PASSPORT CARD ★
Nationality USA
Surname WILLIAMS
Given Names HELENE TONIQUE
Sex F   Date of Birth  FEB 1985
Place of Birth ILLINOIS, U.S.A.
Issued On 24 MAR 2018   Expires On 25 MAR 2028
UNITED STATES DEPARTMENT OF STATE

---

**STATE OF ILLINOIS**
DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION
DIVISION OF PROFESSIONAL REGULATION
**JESSICA BAER, DIRECTOR**

**PERMANENT EMPLOYEE REGISTRATION CARD**

The below named individual has met requirements for registration under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

Reg.No:                         Expires: 05/31/2021

Signature of Employee
**HELENE TONIQUE WILLIAMS**

13193320

1/26/2021

*Helene Tonique Williams*

Helene Ton
P.O. box 6
Chicago IL, 60664

CERTIFIED MAIL

7019 2970 0002 3014 4902



FILED
FEB 1 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Central District of Illinois
Office of The Clerk
United States District Court
151 U.S. Court House
600 East Monroe St.
Springfield, IL 62701

U.S. POSTAGE PAID
FCM LETTER
CHICAGO, IL
60604
JAN 26, 21
AMOUNT
$3.60
R2303S102465-11